FILED
2012 Dec-19 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA RICHTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v.        ) | CIVIL ACTION NO. |
| ) | 7:06-CV-1537-LSC |
| DOLGENCORP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| THERESA BURTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v.        ) | 7:07-CV-512-LSC |
| ) | |
| DOLGENCORP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court is the parties' Joint Motion to Dismiss Deceased and Incapacitated Opt-In Plaintiffs Without Prejudice and Motion to Dismiss Time Barred Opt-In Plaintiffs With Prejudice, filed on December 18, 2012. (Doc. 345.) The motions are GRANTED.

The following opt-in Plaintiffs are DISMISSED without prejudice: Beaudin,

Joseph; Buffington, Ralph; Carrigan-Harmon, Carla; Cherry, Judy; Clark, Shirley; Dwyer, Russell; Ehrentraut, Patricia; Feathers, Connie; Fish, William; Hall, Elwood; Hamarlund, Harvey; Henegar, Susan; Hinton, Mark; Holt, Shelley; Hurt, James; Jackson, Tony; Kieltyka, Richard; Kurilko, Deborah; Martin, Vanessa; Melton, Joyce; Moore, Latonya; Odom, Hal; Roberts, Kit; Sanbury, Charles; Sanchez, Elaine; Saulter, Timothy; Smith-Mccaslin, Christie; Tolbert, James; Van Ingen, David; Walton, Mary; and Woodral, Mary.

The following opt-in Plaintiffs are DISMISSED with prejudice: Flores, Mario; Johnson, Bryan; Jordan, Margie; and Seiler, Kimberly.

Done this 19th day of December 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032