FILED
2014 Nov-24 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA RICHTER, on behalf of herself and others similarly situated, | ) ) ) ) | |
| Plaintiffs; | ) ) | 7:06-cv-01537-LSC |
| vs. | ) ) ) | |
| DOLGENCORP, INC., et al., | ) ) | |
| Defendants. | | |

ORDER

The Court has approved the Settlement Agreement in this case, as explained in the separately entered Memorandum of Opinion. Therefore, the Plaintiffs' Motion for Order Approving Settlement (Doc. 357) is GRANTED. Out of the settlement amount, $3,372,800 will be allocated for an award of attorneys' fees, and $745,00 will be deducted for costs and expenses. The case is DISMISSED with prejudice as to the 2722 individual Plaintiffs involved in the settlement agreement, and without prejudice as to the 109 individual Plaintiffs not involved in the settlement. Costs are taxed as paid.

Done this 24th day of November 2014.

*[signature]*

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177825